Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 15−31325−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Douglas Paladino                                         Lisa A Paladino
   19 Cedar Drive                                            19 Cedar Drive
   Rochelle Park, NJ 07662                        Rochelle Park, NJ 07662

Social Security No.:
   xxx−xx−8188                                             xxx−xx−1381

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      8/23/16
Time:      10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney,

COMMISSION OR FEES
fee: $1,920.00

EXPENSES
expenses: $67.51.

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 2, 2016
JJW:

James J. Waldron
Clerk

Case 15-31325-RG    Doc 54    Filed 08/04/16    Entered 08/05/16 00:33:41    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-31325-RG
Douglas Paladino                                                      Chapter 13
Lisa A Paladino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Aug 02, 2016
                             Form ID: 137             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2016.

```
db/jdb         +Douglas Paladino,    Lisa A Paladino,    19 Cedar Drive,    Rochelle Park, NJ 07662-3201
cr             +KINGSMEAD ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +ROUNDPOINT MORTGAGE SERVICING CORP., AS SERVICER F,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Trent Bridge Asset Holding Trust,    Stern & Eisenberg, PC,    1040 North Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
cr             +U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515847081      +AA Chem-Dry of North Jersey,    130 Skyline Drive,    Ringwood, NJ 07456-2036
515847084      +Banfield Pet Hospital,    South 60 Route 17 North,    Paramus, NJ 07652-2645
515847085      +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
515847086       Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
515847087     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
515847091      +CSB Relty Corp.,    19-01 Route 208 North,    Fair Lawn, NJ 07410-2832
515931533       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515847088      +Celentanto, Stadtmauer & Walentowicz,    1035 Route 46 East,    PO Box 2595,
                 Clifton, NJ 07015-2595
515847089      +Comenity Bank/avenue,    Po Box 182789,    Columbus, OH 43218-2789
515847092      +Edward S. Zizmor, Esq.,    60 Court Street,    Hackensack, NJ 07601-7050
515847093      +Ema Recovery,    1 Harmon Meadow Blvd.,    Secaucus, NJ 07094-3600
515847094      +Englewood Hospital & Medical Center,    350 Engle Street,    Englewood, NJ 07631-1898
515847095      +Englewood Pathologists, PA,    PO Box 8069,    Englewood, NJ 07631-8069
515937822     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,    Dept. 55953,    P.O. Box 55000,
                 Detroit, MI 48255-0953)
515847097      +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
515847098      +Hackensack Univeristy Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
515847099      +Harwood Lloyd, LLC,    John W. McDermott, Esq.,    130 Main Street,    Hackensack,
                 Hackensack, NJ 07601-7102
515847100      +I.C. Systrem, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
515847101      +Ingram & Associates, LLC,    PO Box 290003,    Nashville, TN 37229-0003
515847103      +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
515847104      +Law Office of Stephanie A. Tengi,    37 Allen Street,    Allendale, NJ 07401-1901
515847105      +Mark L. Nitcher, P.C.,    44 South Broadway,    White Plains, NY 10601-4425
515960864      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515847107      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
515847109      +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market St., PO Box 112,    Trenton, NJ 08625-0112
515847111      +North Jersey Primary Care Assoicates,    30 Prospect Ave.,    Hackensack, NJ 07601-1915
515847112      +Orthopedic Specialists of NJ,    25 Prospect Ave.,    Hackensack, NJ 07601-1960
515847113      +Roundpoint Mortgage Servicing Corp.,    5032 Parkway Plaza Blvd.,    Charlotte, NC 28217-1934
515847110     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
515847114      +St. Joseph's Emergency Physicians,    703 Main Street,    Paterson, NJ 07503-2621
515847115      +Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2016 00:26:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2016 00:26:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515847082      +E-mail/Text: bankruptcy@acbhq.com Aug 03 2016 00:26:13      American Credit Bureau,
                 2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
515847083      +E-mail/Text: bkrpt@retrievalmasters.com Aug 03 2016 00:26:41
                 American Medical Collection Agency,    4 Westchester Plaza,    Building 4,
                 Elmsford, NY 10523-1612
516054313      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2016 00:30:06
                 Ashley Funding Services, LLC,    c/o Resurgent capital Services,    Po Box 10587,
                 Greenville, SC 29603-0587
515847090      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 03 2016 00:27:39
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
515847102      +E-mail/Text: cio.bncmail@irs.gov Aug 03 2016 00:26:00      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
515847106      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 03 2016 00:26:41      Midland Credit Management, Inc.,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 02, 2016
                              Form ID: 137             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515847108        +E-mail/PDF: bankruptcy@ncfsi.com Aug 03 2016 00:30:03      New Century Financial Services,
                  110 South Jefferson Road,   #104,   Whippany, NJ 07981-1038
515915758         E-mail/Text: bnc-quantum@quantum3group.com Aug 03 2016 00:26:26
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              IRS
515847096    ##+Englewood Radiologic Grp,   PO Box 809,   Berwick, PA 18603-0809
                                                                                         TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:
```
          Christopher J. Balala    on behalf of Joint Debtor Lisa A Paladino cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Christopher J. Balala    on behalf of Debtor Douglas  Paladino cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Joint Debtor Lisa A Paladino dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Douglas  Paladino dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association et al
           dcarlon@kmllawgroup.com,  dcarlon@zuckergoldberg.com
          John D. Krohn    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR KINGSMEAD ASSET HOLDING TRUST
           nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR KINGSMEAD ASSET HOLDING TRUST
           nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP., AS SERVICER
           FOR TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Steven Eisenberg    on behalf of Creditor    Trent Bridge Asset Holding Trust
           seisenberg@sterneisenberg.com,
           dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneisenberg.com
                                                                                               TOTAL: 11
```