| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| 770373<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for ROUNDPOINT MORTGAGE SERVICING CORP., AS SERVICER FOR TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCATION |
| In Re:<br><br>LISA A. PALADINO A/K/A LISA PALADINO DOUGLAS PALADINO |

Order Filed on August 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 15-31325 - RG

Judge: ROSEMARY GAMBARDELLA

Chapter: 13

# ORDER RESPECTING REQUEST FOR
# EARLY TERMINATION OF THE LOSS MITIGATION ORDER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by LISA PALADINO and DOUGLAS PALADINO, on 12/15/2016, and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

☒ Early Termination of the Loss Mitigation Period having been filed by ROUNDPOINT MORTGAGE SERVICING CORP., AS SERVICER FOR TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCATION, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____,

The Loss Mitigation Period is terminated effective 08/05/2016.

Upon termination, any adequate protection payment allowed by prior court order or Chapter 13 Plan provision is hereby vacated and the debtor is required to resume making payments at the contract rate.

The debtor is also required to cure any post-petition arrears that may have been incurred due to tending a payment amount less than the contract rate.