| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>770373<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for ROUNDPOINT MORTGAGE SERVICING CORP., AS SERVICER FOR TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCATION | Order Filed on August 16, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>LISA A. PALADINO A/K/A LISA PALADINO DOUGLAS PALADINO | Case No: 15-31325 - RG<br><br>Judge: ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

## ORDER RESPECTING REQUEST FOR
## EARLY TERMINATION OF THE LOSS MITIGATION ORDER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by LISA PALADINO and DOUGLAS PALADINO, on 12/15/2016, and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

☒ Early Termination of the Loss Mitigation Period having been filed by ROUNDPOINT MORTGAGE SERVICING CORP., AS SERVICER FOR TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCATION, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____,

The Loss Mitigation Period is terminated effective 08/05/2016.

Upon termination, any adequate protection payment allowed by prior court order or Chapter 13 Plan provision is hereby vacated and the debtor is required to resume making payments at the contract rate.

The debtor is also required to cure any post-petition arrears that may have been incurred due to tending a payment amount less than the contract rate.

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 15-31325-RG
Douglas Paladino                                                  Chapter 13
Lisa A Paladino
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Aug 16, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
db/jdb         +Douglas Paladino,   Lisa A Paladino,   19 Cedar Drive,   Rochelle Park, NJ 07662-3201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Douglas  Paladino cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Christopher J. Balala    on behalf of Joint Debtor Lisa A Paladino cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Douglas  Paladino dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Joint Debtor Lisa A Paladino dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association et al
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John D. Krohn    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR KINGSMEAD ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR KINGSMEAD ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP., AS SERVICER
               FOR TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION nj.bkecf@fedphe.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Steven  Eisenberg    on behalf of Creditor    Trent Bridge Asset Holding Trust
               seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneisenberg.com
                                                                                               TOTAL: 11