NOTICE OF OBJECTION TO CONFIRMATION

KINGSMEAD ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

      1.     File with the Court an answer, explaining your position at:

<div align="center">

**Clerk**

**U.S. Bankruptcy Court**

**50 Walnut Street, 3rd Floor**

**Newark, NJ 07102**

</div>

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

<div align="center">You must also mail a copy to:</div>

| | |
|---|---|
| Phelan Hallinan Diamond & Jones, PC | MARIE-ANN GREENBERG, Trustee |
| 400 Fellowship Road, Suite 100 | 30 TWO BRIDGES ROAD, SUITE 330 |
| Mt. Laurel, NJ 08054 | FAIRFIELD, NJ 07004 |

      2.     Attend the hearing scheduled to be held on 08/17/2016 in the NEWARK Bankruptcy Court, at the following address:

<div align="center">

**U.S. Bankruptcy Court**

**50 Walnut Street, 3rd Floor**

**Newark, NJ 07102**

</div>

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: August 30, 2016

<div align="right" style="margin-right:30%">

/s/ John Schneider

John Schneider, Esq.

Phelan Hallinan Diamond & Jones, PC

400 Fellowship Road, Suite 100

</div>

Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 7367
Fax: 856-813-5501
Email: john.schneider@phelanhallinan.com

**File No. 769313**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
KINGSMEAD ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL
ASSOCIATION

| | |
|---|---|
| In Re:<br><br>LISA PALADINO<br>DOUGLAS PALADINO<br>A/K/A DOUGLAS G.<br>PALADINO<br><br><br>Debtors | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No. 15-31325 - RG<br><br>Hearing Date: 08/17/2016 |

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor,
KINGSMEAD ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL
ASSOCIATION, the holder of a Mortgage on debtors' residence located at 19 CEDAR DRIVE,
ROCHELLE PARK, NJ 07662-3201 hereby objects to the Confirmation of the debtors proposed
Chapter 13 Plan on the following grounds:

1. Movant files this supplemental objection to the Debtor's Chapter 13 Plan as it has yet to file
   a Proof of Claim.

2. The Debtors' proposed Chapter 13 Plan lists Movant under Part 4, Section B and Part 7,
   Section B. The Debtors are attempting to strip off Movant's second lien on the subject
   property because they allege there is no equity above and beyond that of the first lien (also
   held by Movant).

3. Movant provides a payoff statement as of November 12, 2015, the date the Debtors'
   Chapter 13 petition was filed, which indicates that the total payoff figure is $306,134.19.
   **(Please see Exhibit "A").**

4. On April 22, 2016, Movant obtained an appraisal of the subject property that provides a
   value of $315,000.00, nearly $10,000.00 more than that due and owed at the time of filing
   on the first lien. **(Please see Exhibit "B").**

5. It is Movant's position that there was equity above and beyond that of the first lien at the time of filing, and this remains the case today. Accordingly, Movant opposes any attempt by the Debtors to strip the second lien off the secured property.

6. Movant would request that a valuation hearing be held to determine the value of the property, should one be necessary, to allow this Court to determine the appropriate price of the property. Movant objects to the Debtors' treatment of its claim and the proposed valuation of the property under 11 U.S.C. §506, and therefor is opposed to confirmation of the Debtors' Chapter 13 Plan.


WHEREFORE, KINGSMEAD ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION respectfully requests that the Confirmation of Debtors Plan be denied.

<u>/s/ John Schneider</u>
John Schneider, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 7367
Fax: 856-813-5501
Email: john.schneider@phelanhallinan.com

Dated: August 30, 2016

Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  **Douglas Paladino**
**Lisa A Paladino**

Case No.: _____15-31325_____
Judge: _____RG_____

Debtor(s)

Chapter: _____13_____

## CHAPTER 13 PLAN AND MOTIONS

☑ Original
☑ Motions Included

☐ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: _____12/14/2015_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS WILL BE AFFECTED.

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:  Payment and Length of Plan

a.  The Debtor shall pay _$175.00  Monthly_ to the Chapter 13 Trustee, starting on _December 1, 2015_ for approximately **36** months.

b.  The Debtor shall make plan payments to the Trustee from the following sources:
☑   Future Earnings
☐   Other sources of funding (describe source, amount and date when funds are available):

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion:  _____

☐ Refinance of real property
Description:
Proposed date for completion:  _____

☑ Loan modification with respect to mortgage encumbering property
Description: **19 Cedar Drive, Rochelle Park, NJ**
Proposed date for completion:  **Determined by court**

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scura, Wigfield, Heyer & Stevens, LLP** | **Attorney Fees** | **Amount to be determined by the court after the filing of a supplemental fee application.** |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Roundpoint Mortgage** | **19 Cedar Drive, Rochelle Park, NJ** | **$51,711.56** | **0** | **Arrears to be cured via loan modification** | **$1,583.45 + taxes and insurance** |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Roundpoint Mortgage Servicing Corp. (2nd mortgage)** | **19 Cedar Drive Rochelle Park, NJ 07662** | 26,215.79 | 279,000.00 | **First Mortgage Roundpoint Mortgage Servicing Corp. - 303,379.42** | **No value** | **N/A** | 0.00 |
| **New Century Financial Service** | **19 Cedar Drive Rochelle Park, NJ 07662** | $500 | 279,000.00 | $303,379.42 | **No value** | **N/A** | 0.00 |
| **Englewood Hospital** | **19 Cedar Drive Rochelle Park, NJ 07662** | $1,719.00 | 279,000.00 | $303,379.42 | **No value** | **N/A** | 0.00 |
| **FIA Card Services** | **19 Cedar Drive Rochelle Park, NJ 07662** | $2,318.00 | 279,000.00 | $303,379.42 | **No value** | **N/A** | 0.00 |
| **AA Chem Dry of North Jersey** | **19 Cedar Drive Rochelle Park, NJ 07662** | $4,136.40 | 279,000.00 | $303,379.42 | **No value** | **N/A** | 0.00 |
| **Hackensack University Medical Center** | **19 Cedar Drive Rochelle Park, NJ 07662** | $2,333.79 | 279,000.00 | $303,379.42 | **No value** | **N/A** | 0.00 |
| **Orthopedic Specialists of NJ (DJ-222113-11)** | **19 Cedar Drive Rochelle Park, NJ 07662** | $1,245.00 | 279,000.00 | $303,379.42 | **No value** | **N/A** | 0.00 |
| **Orthopedic Specialists of NJ (DJ-222118-11)** | **19 Cedar Drive Rochelle Park, NJ 07662** | $1,245.00 | 279,000.00 | $303,379.42 | **No value** | **N/A** | 0.00 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c.  Surrender
Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d.  Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
-NONE-

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**e.  Secured Claims to be paid in full through the Plan**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |
| | | |

## Part 5:  Unsecured Claims

      **a.  Not separately classified**  Allowed non-priority unsecured claims shall be paid:

        \_\_\_\_        Not less than $\_\_\_ to be distributed *pro rata*

        \_\_\_\_        Not less than \_\_ percent

        **X**        *Pro Rata* distribution from any remaining funds

      **b.  Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases

      All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |
| | | |

## Part 7:  Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

      **a.  Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
      The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

      **b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

      The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **Roundpoint Mortgage Servicing Corp. (2nd mortgage)** | **19 Cedar Drive Rochelle Park, NJ 07662** | **ALL** |
| **New Century Financial Service** | **19 Cedar Drive Rochelle Park, NJ 07662** | **ALL** |
| **Englewood Hospital** | **19 Cedar Drive Rochelle Park, NJ 07662** | **ALL** |
| **FIA Card Services** | **19 Cedar Drive Rochelle Park, NJ 07662** | **ALL** |
| **AA Chem Dry of North Jersey** | **19 Cedar Drive Rochelle Park, NJ 07662** | **ALL** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Hackensack University Medical Center | 19 Cedar Drive<br>Rochelle Park, NJ 07662 | ALL |
|---|---|---|
| Orthopedic Specialists of NJ<br>(DJ-222113-11) | 19 Cedar Drive<br>Rochelle Park, NJ 07662 | ALL |
| Orthopedic Specialists of NJ<br>(DJ-222118-11) | 19 Cedar Drive<br>Rochelle Park, NJ 07662 | ALL |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8:  Other Plan Provisions

a.  **Vesting of Property of the Estate**
- ☑ Upon Confirmation
- ☐ Upon Discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

**d.  Post-petition claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 :  Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:_____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| | |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ☐ No |
|---|---|---|

## Part 10:  Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

5

Date    __December 14, 2015__                    /s/ Christopher Balala
                                                **Christopher Balala**
                                                Attorney for the Debtor


I certify under penalty of perjury that the foregoing is true and correct.

Date:   __December 14, 2015__                    /s/ Douglas Paladino
                                                **Douglas Paladino**
                                                Debtor


Date:   __December 14, 2015__                    /s/ Lisa A Paladino
                                                **Lisa A Paladino**
                                                Joint Debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# EXHIBIT "A"





# EXHIBIT "B"

File No.

# APPRAISAL OF



## LOCATED AT:

19 Cedar Drive
Rochelle Park, NJ  07662

## FOR:

RoundPoint Financial Group, Inc.
5032 Parkway Plaza Boulevard
Charlotte, NC  28217

## BORROWER:

Douglas Paladino

## AS OF:

April 22, 2016

## BY:

Kathleen Loughran

File No.

RoundPoint Financial Group, Inc.
5032 Parkway Plaza Boulevard
Charlotte, NC  28217

File Number:

In accordance with your request, I have appraised the real property at:

19 Cedar Drive
Rochelle Park, NJ  07662

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of    April 22, 2016                                    is:

$315,000
Three Hundred Fifteen Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Kathleen Loughran

# Uniform Residential Appraisal Report

File No.

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 19 Cedar Drive | City Rochelle Park | State NJ | Zip Code 07662 |

Borrower Douglas Paladino   Owner of Public Record Paladino, Douglas G. & Lisa   County Bergen

Legal Description Blk: 84.02   Lot: 15   Land:$180,900   Imp:$147,200

Assessor's Parcel # 54-00084-0002-00015   Tax Year 2015   R.E. Taxes $ 7,766

Neighborhood Name Rochelle Park   Map Reference HAG   11-U-19   Census Tract 0500.00

Occupant [X] Owner [ ] Tenant [ ] Vacant   Special Assessments $ 0   [ ] PUD   HOA $ 0 [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Servicing

Lender/Client RoundPoint Financial Group, Inc.   Address 5032 Parkway Plaza Boulevard, Charlotte, NC 28217

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s).   New Jersey MLS

**CONTRACT**

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? [ ] Yes [ ] No   Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | PRICE   AGE | One-Unit 70 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | $(000)   (yrs) | 2-4 Unit 20 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | 300 Low   15 | Multi-Family % |
| Neighborhood Boundaries Subject property is bordered by Paramus to the north, by Maywood to | | 400 High   100 | Commercial 10 % |
| the east, Lodi to the south and by Saddle Brook to the west. | | 325 Pred.   55 | Other % |

Neighborhood Description Various homes characterize this area of Rochelle Park with most major amenities located within 1/4 - 3 miles. Schools, shopping and transportation are nearby. Rt. 17, Interstate 80 & Garden State Parkway are within 2 miles.

Market Conditions (including support for the above conclusions)   See 1004 MC addendum.

**SITE**

Dimensions 50 X 100   Area 5001 sf   Shape .11 Acres / Rectangular   View N;Res;Res

Specific Zoning Classification Zone A   Zoning Description Single Family Residential

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No   If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Macadam | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley None | | |

FEMA Special Flood Hazard Area [X] Yes [ ] No   FEMA Flood Zone AE   FEMA Map # 34003C0187G   FEMA Map Date 09/30/2005

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No   If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No   If Yes, describe. There were no apparent adverse easements or encroachments visible to the appraiser. A survey was not supplied and all dimensions were taken from the town tax maps.

**IMPROVEMENTS**

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls CB/avg | Floors Hdw/tile/cpt/avg |
| # of Stories 2 | [X] Full Basement [ ] Partial Basement | Exterior Walls Vinyl/avg | Walls Sheetrock/avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 600 sq. ft. | Roof Surface Asph shingle/avg | Trim/Finish Wood/avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts Alum/avg | Bath Floor Tile/avg |
| Design (Style) Split Level | [X] Outside Entry/Exit [ ] Sump Pump | Window Type DblHng/avg | Bath Wainscot Tile/avg |
| Year Built 1960 | Evidence of [ ] Infestation | Storm Sash/Insulated Vinyl/avg | Car Storage [ ] None |
| Effective Age (Yrs) 15 | [ ] Dampness [ ] Settlement | Screens Metal/avg | [X] Driveway # of Cars 1 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] WoodStove(s) #0 | Driveway Surface Macadam |
| [X] Drop Stair [ ] Stairs | [ ] Other   Fuel Gas | [ ] Fireplace(s) # 0 [ ] Fence None | [X] Garage # of Cars 1 |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck Deck [ ] Porch None | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool None [ ] Other None | [ ] Att. [ ] Det. [X] Built-in |
| Appliances [p] Refrigerator [X] Range/Oven [ ] Dishwasher [ ] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe) | | | | | |

Finished area above grade contains: 7 Rooms   3 Bedrooms   1.1 Bath(s)   1,475 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   Patio.Deck. Non realty items not considered in value estimate. No personal property was considered in value estimate.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C4;No updates in the prior 15 years;No repairs required at time of appraisal. All utilities appear to be functional.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No   If Yes, describe. There are no known physical deficiencies or adverse conditions that affect livability, soundness or structural integrity of the subject property.

Does the property generally conform to the neighborhood (functional utility, style, use, construction, etc.)? [X] Yes [ ] No   If No, describe.   Subject conforms to the neighborhood.

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Produced using ACI software, 800.234.8727 www.aciweb.com          Fannie Mae Form 1004 March 2005

1004_05UAD 12182015

## Uniform Residential Appraisal Report

File No.

There are **10** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **300,000** to $ **400,000** .

There are **10** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **310,000** to $ **399,000** .

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 19 Cedar Drive<br>Rochelle Park, NJ 07662 | 44 Cedar Drive<br>Rochelle Park, NJ 07662 | | 7 Schlosser Drive<br>Rochelle Park, NJ 07662 | | 40 South Drive<br>Rochelle Park, NJ 07662 | |
| Proximity to Subject | | 0.08 miles NE | | 0.12 miles NW | | 0.23 miles NW | |
| Sale Price | $ | | $ 307,000 | | 335,000 | | 300,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 202.51 sq. ft. | | $ 222.15 sq. ft. | | $ 235.11 sq. ft. | |
| Data Source(s) | | NJMLS #1535651;DOM 160 | | NJMLS #1540825;DOM 20 | | NJMLS #1535508;DOM 37 | |
| Verification Source(s) | | NJ Tax records | | NJ Tax records | | NJ Tax records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | 0 | ArmLth | 0 | ArmLth | 0 |
| Concessions | | FHA;0 | 0 | Conv;0 | 0 | Conv;0 | 0 |
| Date of Sale/Time | | s04/16;c02/16 | | s12/15;c10/15 | | s12/15;c10/15 | |
| Location | N;Res;Res | N;Res;Res | | N;Res;Res | | N;Res;Res | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5001 sf | 6477 sf | | 5502 sf | 0 | 6050 sf | 0 |
| View | N;Res;Res | N;Res;Res | | N;Res;Res | | N;Res;Res | |
| Design (Style) | DT2;Split Level | DT2;Split Level | | DT1.5;Cape Cod | 0 | DT1.5;Cape Cod | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 56 | 56 | | 67 | | 70 | 0 |
| Condition | C4 | C4 | | C4 | | C4 | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | |
| Room Count | 7 | 3 | 1.1 | 7 3 1.1 | | 7 3 2.1 | -5,000 | 7 4 1.0 | 2,500 |
| Gross Living Area | 1,475 sq. ft. | 1,516 sq. ft. | -2,050 | 1,508 sq. ft. | -1,650 | 1,276 sq. ft. | 9,950 |
| Basement & Finished | 600sf0sfwu | 650sf500sfin | -5,000 | 900sf0sfin | 0 | 500sf0sfin | 0 |
| Rooms Below Grade | | 1rr0br0.0ba1o | 0 | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Fwa/Gas/Cac | Fwa/Gas/Cac | | Fwa/Gas/Cac | | Fwa/Gas/None | 5,000 |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 1gbi1dw | 1gbi1dw | | 1ga1dw | 0 | 1ga1dw | 0 |
| Porch/Patio/Deck | Deck | Patio | 0 | Deck | | Patio | 0 |
| Flood Zone | Flood Zone AE | Flood Zone AE | | Flood Zone AE | | Flood Zone AE | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 7,050 | ☐ + ☒ - | $ 6,650 | ☒ + ☐ - | $ 17,450 |
| Adjusted Sale Price | | Net Adj. -2.3% | | Net Adj. -2.0% | | Net Adj. 5.8% | |
| of Comparables | | Gross Adj. 2.3% | $ 299,950 | Gross Adj. 2.0% | $ 328,350 | Gross Adj. 5.8% | $ 317,450 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain  See addendum.

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  NJ Tax records

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  NJ Tax records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NJ Tax records | NJMLS #1535651 | NJMLS #1540825 | NJMLS #1535508 |
| Effective Date of Data Source(s) | 04/22/2016 | 04/22/2016 | 04/22/2016 | 04/22/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales  No prior sales in the past 3 years on subject or one year on comparables other than above or in addendum.

Summary of Sales Comparison Approach.  Appraiser attributed a weighted average to comparables #1, 2, 3 & 4 based on net adjustments low to high. The order of comps is #4, 2, 1 & 3. The adjusted value range is $299,950 to $328,350.  The value is at the mid range of adjusted sale price of comparables. Appraiser aware that comp #4 exceeds 6 months. However, more recent similar sales were not available at time of appraisal.

Indicated Value by Sales Comparison Approach $ 315,000

Indicated Value by:  Sales Comparison Approach $ **315,000**   Cost Approach (if developed) $   Income Approach (if developed) $ 0

Income approach was not utilized as rental data was insufficient and proved to be inconclusive. Both cost approach and sales comparison analysis concur. Greatest weight was given to the sales comparison analysis.

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Appraisal being done 'as is'. See addendum in report.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 315,000 as of  04/22/2016 , which is the date of inspection and the effective date of this appraisal.

Kathleen Loughran

# Uniform Residential Appraisal Report

File No.

**Sales Comparison Analysis-**

Site Adjustment- Based on $10,000 per acre/$.23 per sq. ft. ( rounded) on comp #5.

Age/Condition Adjustment - Subject and comps #1, 2, 3, 4 & 5 have an effective age of 15 years. Comp #6 has an effective age of 10 years. A 5% condition adjustment utilized. MLS description of comp #6 'totally renovated'.

Sq. ft. of comps #3 & 5 not within 10% of subject's. However, best comparables available at time of appraisal.

Gross living area adjustment is based on $50 per sq.ft. on all comparables.

**ADJUSTMENT COMMENTS -**

Adjustments used in this report are based on market area sales, when possible paired sales, information derived from local realtors and builders and from appraiser experience. Bath were adjusted for $5,000 full and $2,500 for half bath. Adjustments were not made for bedroom counts due to adjusting for overall sq. ft. Sq. Ft. as reported on all comparables are approximate and considered to be as accurate as possible from the source utilized.

**COMPARABLE DATA SEARCH**

The initial comparable sale search focused on sales, listings, and pending sales with transaction dates within the past 4 months, located within 1 mile from the subject, within 200 sq. ft. above grade GLA, similar site size, similar age and style. The initial search resulted in 7 properties located in Rochelle Park which were considered comparable. The search parameters were then expanded to transaction dates within the past 12 months using the same physical characteristics. Using the expanded search parameters a total of 5 additional properties were found and 6 were included in the Sales Comparison Approach.

Ownership Information - Paladino has owned subject property since 4/21/1997 and paid $185,000 as per NJ tax records.

Appraiser has completed approximately 50 appraisals in the subject's market area in the last 6 - 12 months. The appraiser's office is approximately 15 miles from the subject. Data sources used for this report are the New Jersey MLS, NJ tax records, Real Quest web site, njactb.org and Bergen County Full tax report.

The analysis, opinions and conclusions were developed based on, and this report has been prepared in conformance with, my interpretation of the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute. It also conforms with: the Financial Institutions Reform and Recovery Act of 1989 (FIRREA) and Title XI regulations of clients appraisal requirements. Appraisal completed in accordance with USPAP standards. This appraisal report is intended for use by the lender/client and/or their assigns for a mortgage finance transaction only.

This report is not intended for any other use.

**AIR Statement -**

No employee, director, officer, or agent of the lender, or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender, shall influence or attempt to influence the development, reporting, result, or review of an appraisal through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery, or in any other manner.

I have not been contacted by anyone other than the intended user (lender/client as identified on the first page of the report), borrower, or designated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts either personally by phone or electronically to ClearCapital.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . = $ |
|---|---|
| Source of cost data | Dwelling    Sq. Ft. @ $ . . . . . . . . . . = $ |
| Quality rating from cost service    Effective date of cost data |    Sq. Ft. @ $ . . . . . . . . . . = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage/Carport    Sq. Ft. @ $ . . . . . . . . . . = $ |
|  | Total Estimate of Cost-New . . . . . . . . . . = $ |
|  | Less **50** Physical  Functional  External |
|  | Depreciation    = $ ( ) |
|  | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . . . = $ |
|  | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . . . . . . . = $ |
| Estimated Remaining Economic Life (HUD and VA only)    **45** Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . . = $ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $         X Gross Rent Multiplier         = $         Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

| Total number of phases | Total number of units |  | Total number of units sold |
|---|---|---|---|
| Total number of units rented | Total number of units for sale |  | Data source(s) |

Was the project created by the conversion of an existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report

File No.

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.   The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.   The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.   The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.   The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.   The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.   The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Loughran Appraisals, LLC

## Uniform Residential Appraisal Report

File No.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

## Uniform Residential Appraisal Report

File No.

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations.  Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if  a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature
Name Kathleen Loughran
Company Name Loughran Appraisals, LLC
Company Address 5 Navajo Avenue
Ramsey, NJ 07446
Telephone Number 201-723-2708
Email Address loughranappraisr@aol.com
Date of Signature and Report 04/24/2016
Effective Date of Appraisal 04/22/2016
State Certification # 42RC00246800
or State License #
or Other (describe) _____  State # _____
State NJ
Expiration Date of Certification or License 12/31/2017

ADDRESS OF PROPERTY APPRAISED
19 Cedar Drive
Rochelle Park, NJ  07662

APPRAISED VALUE OF SUBJECT PROPERTY $ 315,000

LENDER/CLIENT
Name ClearCapital
Company Name RoundPoint Financial Group, Inc.
Company Address 5032 Parkway Plaza Boulevard
Charlotte, NC 28217
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____
_____
Telephone Number _____
Email Address _____
Date of Signature _____
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection _____
☐ Did inspect interior and exterior of subject property
    Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection _____

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Produced using ACI software, 800.234.8727 www.aciweb.com          Fannie Mae Form 1004 March 2005
Page 6 of 6          1004_05UAD 12182015

Kathleen Loughran

## Uniform Residential Appraisal Report

File No.

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 19 Cedar Drive<br>Rochelle Park, NJ 07662 | 45 Berdan Street<br>Rochelle Park, NJ 07662 | | 2 Eldorado Court<br>Rochelle Park, NJ 07662 | | 25 Cedar Drive<br>Rochelle Park, NJ 07662 | |
| Proximity to Subject | | 0.16 miles SW | | 0.08 miles NW | | 0.03 miles NW | |
| Sale Price | $ | | 315,000 | | 345,000 | | 349,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 220.43 sq. ft. | | $ 194.92 sq. ft. | | $ 236.77 sq. ft. | |
| Data Source(s) | | NJMLS #1519866;DOM 48 | | NJMLS #1533362;DOM 209 | | NJMLS #1607859;DOM 50 | |
| Verification Source(s) | | NJ tax records | | NJMLS | | NJMLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | 0 | Listing | 0 | Listing | 0 |
| Concessions | | FHA;0 | 0 | ;0 | 0 | ;0 | 0 |
| Date of Sale/Time | | s07/15;c07/15 | | c03/16 | -13,800 | Active | -13,960 |
| Location | N;Res;Res | N;Res;Res | | N;Res;Res | | N;Res;Res | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5001 sf | 5000 sf | 0 | 10600 sf | -1,000 | 4532 sf | 0 |
| View | N;Res;Res | N;Res;Res | | N;Res;Res | | N;Res;Res | |
| Design (Style) | DT2;Split Level | DT1.5;Cape Cod | 0 | DT2;Split Level | | DT2;Split Level | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 56 | 61 | 0 | 61 | 0 | 56 | |
| Condition | C4 | C4 | | C4 | | C2 | -17,450 |
| Above Grade | Total 7 Bdrms. 3 Baths 1.1 | Total 7 Bdrms. 4 Baths 2.0 | -2,500 | Total 8 Bdrms. 3 Baths 2.0 | -2,500 | Total 7 Bdrms. 3 Baths 2.0 | -2,500 |
| Room Count | | | | | | | |
| Gross Living Area | 1,475 sq. ft. | 1,429 sq. ft. | 2,300 | 1,770 sq. ft. | -14,750 | 1,474 sq. ft. | 50 |
| Basement & Finished | 600sf0sfwu | 900sf0sfin | 0 | 650sf0sfwo | 0 | 450sf0sfin | 0 |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Fwa/Gas/Cac | Fwa/Gas/Cac | | Hwbb/Gas/Cac | 0 | Fwa/Gas/Cac | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 1gbi1dw | 2dw | 5,000 | 2ga4dw | -5,000 | 1gbi2dw | 0 |
| Porch/Patio/Deck | Deck | Patio | 0 | Patio/Deck | -3,000 | Deck | |
| Flood Zone | Flood Zone AE | Flood Zone AE | | Flood Zone AE | | Flood Zone AE | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - $ | 4,800 | [ ] + [X] - $ | 40,050 | [ ] + [X] - $ | 33,860 |
| Adjusted Sale Price | | Net Adj. 1.5% | | Net Adj. -11.6% | | Net Adj. -9.7% | |
| of Comparables | | Gross Adj. 3.1% $ | 319,800 | Gross Adj. 11.6% $ | 304,950 | Gross Adj. 9.7% $ | 315,140 |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NJ Tax records | NJMLS #1519866 | NJMLS #1533362 | NJMLS #1607859 |
| Effective Date of Data Source(s) | 04/22/2016 | 04/22/2016 | 04/22/2016 | 04/22/2016 |

Summary of Sales Comparison Approach  Sale price/list price ratio for the previous 3 months in Rochelle Park was 96%. A 4% adjustment utilized on comps #5 & 6.

SALES COMPARISON APPROACH

## Uniform Appraisal Dataset Definitions

File No.

### Condition Ratings and Definitions

**C1**    The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**    The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**    The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**    The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**    The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**    The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1**    Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**    Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**    Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**    Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**    Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**    Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**
**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**
**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**
**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/ or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following:  replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

The number of full and half baths is reported by separating the two values by a period. The full bath is represented to the left of the period. The half bath count is represented to the right of the period.  Three-quarter baths are to be counted as a full bath in all cases. Quarter baths (baths that feature only toilet) are not to be included in the bathroom count.

## Uniform Appraisal Dataset Definitions

File No.

### Abbreviations Used in Data Standardization Text

| Abbrev. | Full Name | Appropriate Fields |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design(Style) |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| BsyRd | Busy Road | Location |
| cp | Carport | Garage/Carport |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| cv | Covered | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design(Style) |
| dw | Driveway | Garage/Carport |
| Estate | Estate Sale | Sale or Financing Concessions |
| e | Expiration Date | Date of Sale/Time |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Garage - Attached | Garage/Carport |
| gbi | Garage - Built-in | Garage/Carport |
| gd | Garage - Detached | Garage/Carport |
| GR | Garden Structure | Design(Style) |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| HR | High Rise Structure | Design(Style) |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| MR | Mid-Rise Structure | Design(Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| op | Open | Garage/Carport |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design(Style) |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RT | Row or Townhouse | Design(Style) |
| RH | Rural Housing - USDA | Sale or Financing Concessions |
| SD | Semi-detached Structure | Design(Style) |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site, Basement |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| w | Withdrawn Date | Date of Sale/Time |
| Woods | Woods View | View |

### Other Appraiser-Defined Abbreviations

| Abbrev. | Full Name | Appropriate Fields | | Abbrev. | Full Name | Appropriate Fields |
|---|---|---|---|---|---|---|
| | | | | | | |

# Market Conditions Addendum to the Appraisal Report

File No.

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address **19 Cedar Drive**    City **Rochelle Park**    State **NJ**    Zip Code **07662**

Borrower **Douglas Paladino**

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below: if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. See data and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 4 | 3 | 3 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.67 | 1.00 | 1.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 15 | 10 | 10 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 22.39 | 10.00 | 10.00 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 310,000 | 378,000 | 366,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 37 | 102 | 79 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 322,000 | 393,000 | 387,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 154 | 50 | 42 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 96.00% | 96.00% | 96.00% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
**Seller concession information is not available to the appraiser for most sales listed in the New Jersey MLS. These concessions are not common to the area. The appraiser used average price when median price was not available.**

Are foreclosure sales (REO sales) a factor in the market?    ☐ Yes    ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
**Although some foreclosure properties have been sold or are available in Rochelle Park most of the sales are arms length transactions.**

Cite data sources for above information.   **The data source is New Jersey MLS.**

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
**The above information supports my conclusions in the Neighborhood section of the appraisal report. No pending sales and/or expired and withdrawn listings were used to formulate conclusions. Median sales price is stable in the subject's market area.**

If the subject is a unit in a condominium or cooperative project , complete the following:    Project Name:

| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes    ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

**APPRAISER**

Signature *Kathleen Loughran*

Name Kathleen Loughran

Company Name Loughran Appraisals, LLC

Company Address 5 Navajo Avenue

Ramsey, NJ 07446

State License/Certification # 42RC00246800    State NJ

Email Address loughranappraisr@aol.com

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____

Name _____

Company Name _____

Company Address _____

State License/Certification # _____ State _____

Email Address _____

SUBJECT PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Borrower: Douglas Paladino | | File No.: |
| Property Address: 19 Cedar Drive | | Case No.: |
| City: Rochelle Park | State: NJ | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: April 22, 2016
Appraised Value: $ 315,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

| | |
|---|---|
| Borrower: Douglas Paladino | File No.: |
| Property Address: 19 Cedar Drive | Case No.: |
| City: Rochelle Park | State: NJ      Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | |



Left Side of Subject



Right Side of Subject



Opposite View of Street

INTERIOR PHOTOS

| | |
|---|---|
| Borrower: Douglas Paladino | File No.: |
| Property Address: 19 Cedar Drive | Case No.: |
| City: Rochelle Park | State: NJ    Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | |



Kitchen



Living Room



Dining Room



Half Bath

Bath being prepped for painting.



Bedroom



Basement Unfinished Area

Laundry

INTERIOR PHOTOS

| Borrower: Douglas Paladino | | File No.: | |
|---|---|---|---|
| Property Address: 19 Cedar Drive | | Case No.: | |
| City: Rochelle Park | State: NJ | | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | | | |



Bedroom



Full Bathroom



Bedroom



Bedroom





Basement Unfinished Area

Utility Area

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Douglas Paladino | File No.: |
| Property Address: 19 Cedar Drive | Case No.: |
| City: Rochelle Park | State: NJ    Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | |



**COMPARABLE SALE #1**

44 Cedar Drive
Rochelle Park, NJ 07662
Sale Date: s04/16;c02/16
Sale Price: $ 307,000



**COMPARABLE SALE #2**

7 Schlosser Drive
Rochelle Park, NJ 07662
Sale Date: s12/15;c10/15
Sale Price: $ 335,000



**COMPARABLE SALE #3**

40 South Drive
Rochelle Park, NJ 07662
Sale Date: s12/15;c10/15
Sale Price: $ 300,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Douglas Paladino | File No.: |
| Property Address: 19 Cedar Drive | Case No.: |
| City: Rochelle Park | State: NJ | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | |



**COMPARABLE SALE #4**

45 Berdan Street
Rochelle Park, NJ 07662
Sale Date: s07/15;c07/15
Sale Price: $ 315,000



**COMPARABLE SALE #5**

2 Eldorado Court
Rochelle Park, NJ 07662
Sale Date: c03/16
Sale Price: $ 345,000



**COMPARABLE SALE #6**

25 Cedar Drive
Rochelle Park, NJ 07662
Sale Date: Active
Sale Price: $ 349,000

FLOORPLAN SKETCH

| Borrower: Douglas Paladino | | File No.: | |
|---|---|---|---|
| Property Address: 19 Cedar Drive | | Case No.: | |
| City: Rochelle Park | State: NJ | | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | | | |

**Sketch**





| Living Area | | Area Calculation | | | | |
|---|---|---|---|---|---|---|
| First/Second Level | 850 ft² | **First/Second Level** | | | | **x 1.00 = 850 ft²** |
| Third Level | 625 ft² | | 25' x | 34' x | 1.00 = | 860 ft² |
| **Nonliving Area** | | **Third Level** | | | | **x 1.00 = 625 ft²** |
| 1 Car Built-In | 300 ft² | | 25' x | 25' x | 1.00 = | 625 ft² |
| Basement | 600 ft² | | | | | |
| Deck | 216 ft² | | | | | |
| **Total Living Area (rounded):** | **1475 ft²** | | | | | |

PLAT MAP

| Borrower: Douglas Paladino | | File No.: | |
| Property Address: 19 Cedar Drive | | Case No.: | |
| City: Rochelle Park NJ | State: | | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | | | |



LOCATION MAP

| Borrower: Douglas Paladino | | File No.: | |
| Property Address: 19 Cedar Drive | | Case No.: | |
| City: Rochelle Park | State: NJ | | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | | | |



FLOOD MAP

| Borrower: Douglas Paladino | File No.: | |
|---|---|---|
| Property Address: 19 Cedar Drive | Case No.: | |
| City:  Rochelle Park  NJ | State: | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | | |

Subject
19 Cedar Dr
Rochelle Park, NJ  07662

## FLOOD INFORMATION

**Community:**  TOWNSHIP OF ROCHELLE PARK

Property is in a FEMA Special Flood Hazard Area - High Risk

**Map Number:** 34003C0187G

**Panel:** 0187G

**Zone:** AE

**Map Date:** 09-30-2005

**FIPS:** 34003

**Source:** FEMA DFIRM

## LEGEND



= FEMA Special Flood Hazard Area – High Risk

= Moderate and Minimal Risk Areas

**Road View:**



= Forest          = Water

## Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

| Borrower: Douglas Paladino | | File No.: | |
| Property Address: 19 Cedar Drive | | Case No.: | |
| City: Rochelle Park NJ | State: | | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | | | |



Subject
19 Cedar Drive
Rochelle Park, NJ 07662

| Borrower: Douglas Paladino | | File No.: | |
|---|---|---|---|
| Property Address: 19 Cedar Drive | | Case No.: | |
| City: Rochelle Park NJ | State: | | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | | | |

THIS DOCUMENT IS PRINTED ON WATERMARKED PAPER, WITH A MULTI-COLORED
BACKGROUND AND MULTIPLE SECURITY FEATURES. PLEASE VERIFY AUTHENTICITY.

## State Of New Jersey
## New Jersey Office of the Attorney General
## Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE

**Real Estate Appraisers Board**

HAS CERTIFIED

Kathleen  Loughran
Loughran Appraisals, LLC
Tosi Law
145 N. Franklin Turnpike
Ramsey, NJ 07446
FOR PRACTICE IN NEW JERSEY AS A(N): Cert Residential Appraiser

11/04/2015 TO 12/31/2017          42RC00246800
VALID                LICENSE/REGISTRATION/CERTIFICATION #

Signature of Licensee/Registrant/Certificate Holder          ACTING DIRECTOR

| Borrower: Douglas Paladino | | File No.: | |
|---|---|---|---|
| Property Address: 19 Cedar Drive | | Case No.: | |
| City: Rochelle Park  NJ | State: | | Zip: 07662 |
| Lender: RoundPoint Financial Group, Inc. | | | |



## LIA Administrators & Insurance Services

### APPRAISAL AND VALUATION
### PROFESSIONAL LIABILITY INSURANCE POLICY



ASPEN

### DECLARATIONS

#### ASPEN AMERICAN INSURANCE COMPANY
(A stock insurance company herein called the "Company")
175 Capitol Blvd. Suite 100
Rocky Hill, CT 06067

| Date Issued | Policy Number | Previous Policy Number |
|---|---|---|
| 02/18/2016 | AAI005592-01 | |

THIS IS A **CLAIMS** MADE AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE **CLAIMS** THAT ARE FIRST MADE AGAINST THE **INSURED** DURING THE **POLICY PERIOD** AND THEN REPORTED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE **EXTENDED REPORTING PERIOD**, IF APPLICABLE, FOR A **WRONGFUL ACT** COMMITTED ON OR AFTER THE **RETROACTIVE DATE** AND BEFORE THE END OF THE **POLICY PERIOD**. PLEASE READ THE POLICY CAREFULLY.

Item

1. Customer ID: 164420
   Named **Insured**:
   LOUGHRAN APPRAISALS, LLC
   Kathleen Loughran
   5 Navajo Ave.
   Ramsey, NJ 07446

2. **Policy Period:** From: 03/21/2016  To: 03/21/2017
   12:01 A.M. Standard Time at the address stated in 1 above.

3. **Deductible:** $1,000  Each **Claim**

4. **Retroactive Date:** 03/21/2011

5. **Inception Date:** 03/21/2016

6. **Limits of Liability:**   A.  $1,000,000   Each **Claim**
   B.  $2,000,000   Aggregate

7. Mail all notices, including notice of **Claim, to:**
   LIA Administrators & Insurance Services
   1600 Anacapa Street
   Santa Barbara, California 93101
   (800) 334-0652;   Fax: (805) 962-0652

8. **Annual Premium:**      $1,284.00
   +        $9.00 NJPLIGA Surcharge

9. **Forms attached at issue:**  LIA002 (12/14)  ASPCO002 0110  LIA NJ (11/14)  LIA012 (12/14)
   LIA021 (10/14)

This Declarations Page, together with the completed and signed Policy Application including all attachments and exhibits thereto, and the Policy shall constitute the contract between the Named Insured and the Company.

02/18/2016                          By _____
Date                                   Authorized Signature

LIA-001 (12/14)                          Aspen American Insurance Company

# USPAP ADDENDUM

File No.

| | |
|---|---|
| Borrower: Douglas Paladino | |
| Property Address: 19 Cedar Drive | |
| City: Rochelle Park   County: Bergen   State: NJ   Zip Code: 07662 | |
| Lender: RoundPoint Financial Group, Inc. | |

## APPRAISAL AND REPORT IDENTIFICATION

**This report was prepared under the following USPAP reporting option:**

[X] Appraisal Report              A written report prepared under Standards Rule 2-2(a).

[ ] Restricted Appraisal Report   A written report prepared under Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 1 to 4 months.

## Additional Certifications

[X] I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

## Additional Comments

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: Kathleen Loughran | Name: |
| Date Signed: 04/24/2016 | Date Signed: |
| State Certification #: 42RC00246800 | State Certification #: |
| or State License #: | or State License #: |
| or Other (describe): _____ State #: _____ | State: |
| State: NJ | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 12/31/2017 | Supervisory Appraiser inspection of Subject Property: |
| Effective Date of Appraisal: 04/22/2016 | [ ] Did Not  [ ] Exterior-only from street  [ ] Interior and Exterior |

# ClearCapital

**Invoice Number:**
**Invoice Date: 04/25/2016**
**Due Date: 05/25/2016**

**Billed To:**
RoundPoint Financial Group, Inc.
RoundPoint Financial Group, Inc.
5032 Parkway Plaza Blvd
Charlotte, NC 28217
Phone: 1.877.426.8805

**Payable To:**
ClearCapital.com, Inc.
Tax ID: 68-0474135
P.O. Box 39000, Dept. 35176
San Francisco, CA 94139
Email: accounting@clearcapital.com
Phone: 530.550.2500

**Wire/ACH Information:**
Bank Name: Umpqua Bank
Address: 500 Auburn Folsom Road
Auburn, CA 95603
Routing/ABA Number:
Account Name: ClearCapital.com, Inc
Account Number:

| | Tracking 1 | Loan Number | Trustor | Property | Price | Total |
|---|---|---|---|---|---|---|
| **Order: 1002482477, Ordered on 03/29/2016 by FTP User (Order ID: 5112780: 1 Prop at $425)** | | | | | | |
| 1) | Bankruptcy | | DOUGLAS PALADINO | 19 CEDAR DR ROCHELLE PARK NJ 07662 | $425.00 | |
| | Appraisal Form-1004 | | | | | |

| | |
|---|---|
| *Order Subtotal:* | **+ $425.00** |
| *State Sales Tax:* | $0.00 |
| **TOTAL DUE:** | **$425.00** |

Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

769313
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for KINGSMEAD ASSET HOLDING TRUST
C/O U.S. BANK TRUST NATIONAL ASSOCIATION

| | |
|---|---|
| In Re: | Case No:  15-31325 - RG |
| LISA PALADINO | Hearing Date: _____ |
| DOUGLAS G. PALADINO A/K/A DOUGLAS PALADINO | Judge:  ROSEMARY GAMBARDELLA |
| | Chapter:  13 |

## CERTIFICATION OF SERVICE

1.      I, Kimberly Wilson:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents KINGSMEAD ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On August 30, 2016 I sent a copy of the following pleadings and/or documents to the parties listed below:

Objection to Plan

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  __August 30, 2016_____        /s/  *Kimberly Wilson*_____
                                                                                            Kimberly Wilson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LISA PALADINO<br>19 CEDAR DRIVE<br>ROCHELLE PARK, NJ 07662-3201 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| DOUGLAS PALADINO<br>19 CEDAR DRIVE<br>ROCHELLE PARK, NJ 07662-3201 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Christopher J. Balala, Esquire<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| MARIE-ANN GREENBERG, Trustee<br>30 TWO BRIDGES ROAD, SUITE 330<br>FAIRFIELD, NJ 07004 | Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail |

| | | ☒ Notice of Electronic Filing (NEF) <br><br> ☐ Other_____ <br> (as authorized by the court *) |
|---|---|---|

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.