UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Attorney for Debtors

Order Filed on August 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Douglas and Lisa A. Paladino

Case No.: 15-31325

Chapter: 13

Judge: RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 29, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scura, Wigfield, Heyer & Stevens, LLP_____, the applicant, is allowed a fee of $ _____1,920.00_____ for services rendered and expenses in the amount of $_____67.51_____ for a total of $_____1,987.51_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-31325-RG
Douglas Paladino                                                    Chapter 13
Lisa A Paladino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Aug 29, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.
db/jdb        +Douglas Paladino,   Lisa A Paladino,   19 Cedar Drive,   Rochelle Park, NJ 07662-3201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Douglas  Paladino cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Christopher J. Balala    on behalf of Joint Debtor Lisa A Paladino cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Douglas  Paladino dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Joint Debtor Lisa A Paladino dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association et al
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John D. Krohn    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR KINGSMEAD ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR KINGSMEAD ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP., AS SERVICER
               FOR TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION nj.bkecf@fedphe.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Steven  Eisenberg    on behalf of Creditor    Trent Bridge Asset Holding Trust
               seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneisenberg.com
                                                                                             TOTAL: 11