

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 26, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Case No.:  15-31325

IN RE:
   DOUGLAS PALADINO
   LISA A PALADINO

Hearing Date:  09/21/2016

Judge:  ROSEMARY GAMBARDELLA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 26, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  DOUGLAS PALADINO
            LISA A PALADINO

Case No.: 15-31325RG

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/21/2016 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/21/2016 of the plan filed on 12/14/2015, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/05/2016 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 11/2/2016 at  9:00:00AM.