| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 26, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>   DOUGLAS PALADINO<br>   LISA A PALADINO | Case No.: 15-31325<br>Hearing Date: 09/21/2016<br>Judge: ROSEMARY GAMBARDELLA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 26, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): DOUGLAS PALADINO
LISA A PALADINO

Case No.: 15-31325RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/21/2016 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/21/2016 of the plan filed on 12/14/2015, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/05/2016 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 11/2/2016 at 9:00:00AM.

United States Bankruptcy Court
District of New Jersey

In re:
Douglas Paladino
Lisa A Paladino
    Debtors

Case No. 15-31325-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 27, 2016
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2016.
db/jdb          +Douglas Paladino,   Lisa A Paladino,   19 Cedar Drive,   Rochelle Park, NJ 07662-3201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:
           Christopher J. Balala     on behalf of Debtor Douglas  Paladino cbalala@scuramealey.com,
            ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
           Christopher J. Balala     on behalf of Joint Debtor Lisa A Paladino cbalala@scuramealey.com,
            ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
           David L. Stevens     on behalf of Debtor Douglas  Paladino dstevens@scuramealey.com,
            cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
           David L. Stevens     on behalf of Joint Debtor Lisa A Paladino dstevens@scuramealey.com,
            cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
           Denise E. Carlon     on behalf of Creditor   U.S. Bank Trust National Association et al
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           John D. Krohn     on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
            INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR KINGSMEAD ASSET HOLDING TRUST
            nj.bkecf@fedphe.com
           John Philip Schneider     on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com
           John Philip Schneider     on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST C/O U.S. BANK TRUST
            NATIONAL ASSOCIATION nj.bkecf@fedphe.com
           John Philip Schneider     on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
            INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR KINGSMEAD ASSET HOLDING TRUST
            nj.bkecf@fedphe.com
           John Philip Schneider     on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP., AS SERVICER
            FOR TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION nj.bkecf@fedphe.com
           Marie-Ann Greenberg     magecf@magtrustee.com
           Steven Eisenberg     on behalf of Creditor    Trent Bridge Asset Holding Trust
            bkecf@sterneisenberg.com,    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com
                                                                                                              TOTAL: 12